UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| AHKEEM SCOTT-MANNA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:24-cv-00097-JPH-MJD |
| CENTURION, et al., | ) ) ) |
| Defendants. | ) |

### FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is **dismissed without prejudice**.

Date: 4/29/2024

Roger A.G. Sharpe, Clerk
BY: _Carina Weed_
Deputy Clerk, U.S. District Court

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

AHKEEM SCOTT-MANNA
201208
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838